## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

J.P., as Father and Next Friend    \*
of G.P., a minor,    \*

       \*

     **Plaintiffs,**    \*

       \*

**v.**    \*    **Case No.: CV-** _3:22-cv-00190_

       \*

**SEQUEL TSI of ALABAMA,**    \*
**LLC, d/b/a SEQUEL TSI of**    \*
**TUSKEGEE, et al.,**    \*

       \*

     **Defendants.**    \*



DEFENDANT'S
EXHIBIT
2

### Affidavit of Jacob Brantz

1.     My name is Jacob Brantz and I am over the age of nineteen.

2.     I am the Chief Financial Officer of Vivant Behavioral Healthcare.

3.     This affidavit is based on my personal knowledge.

4.     I have reviewed a copy of the Complaint in the above-styled matter.

5.     I am giving this affidavit in support of a notice of removal filed in the above-styled matter.

6.     The Complaint filed in the above-styled matter named as defendants Sequel TSI of Alabama LLC d/b/a Sequel TSI of Tuskegee, Sequel Youth & Family Services, LLC, and Sequel TSI Holdings, LLC.

1

7.     As of October 1, 2021, Defendants Sequel Youth & Family Services, LLC and Defendants Sequel TSI Holdings, LLC had no ownership, control or involvement in the management or operation of the facility referenced in the Complaint.

8.     On the date of the events referenced in the Complaint, on or around November 2, 2021, the facility was owned by Sequel TSI of Alabama LLC whose sole member was SYFS SaleCo, LLC.

9.     Defendant Sequel TSI of Alabama LLC changed its legal name to Brighter Path Alabama LLC on or about March 1, 2022.

10.    The sole member of Brighter Path Alabama, LLC is SYFS SaleCo, LLC which is a foreign limited liability company organized in the State of Delaware.

11.    The sole member of SYFS SaleCo, LLC is Vivant Behavioral Healthcare, LLC.

12.    Vivant Behavioral Healthcare, LLC is a foreign limited liability company organized in and under the laws of the State of Delaware.

13.    The sole member of Vivant Behavioral Healthcare, LLC is Vivant Behavioral Holdings, LLC.

14.    Vivant Behavioral Holdings, LLC is a foreign limited liability company organized in and under the laws of the State of Delaware.

2

15.    The members of Vivant Behavioral Holdings, LLC are Ripley Holdings, LLC, John N. Ripley, Christine B. Aron, Stephanie D. Kellogg, Candace M. Dyas, and Jason K. Riley.

16.    John N. Ripley is a citizen of the State of Virginia.

17.    Christine B. Aron is a citizen of the State of Virginia.

18.    Stephanie D. Kellogg is a citizen of the State of Virginia.

19.    Candace M. Dyas is a citizen of the State of Virginia.

20.    Jason K. Riley is a citizen of the State of Virginia.

21.    Ripley Holding, LLC is a foreign limited liability company organized in and under the laws of the State of Virginia.

22.    The members of Ripley Holdings, LLC are the John Ripley MG Trust and John F. Ripley.

23.    The John Ripley MG Trust is organized in and under the laws of the State of Pennsylvania.

24.    John F. Ripley is a citizen of the State of Virginia.

FURTHER THE AFFIANT SAITH NAUGHT.

_____
Jacob Brantz

State of Wisconsin _____ )
Milwaukee _____ County )

I, the undersigned Notary Public, in and for said County and State, hereby certify that **Jacob Brantz** whose name is signed to the foregoing instrument, and

3

who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and Official Seal on this the 20ᵗʰ day of _April_____, 2022.

NOTARY PUBLIC

Commission Expires: 11/08/2025

4