```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602066596
Cashier ID: hseymore
Transaction Date: 04/21/2022
Payer Name: NORMAN WOOD KENDRICK
-----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: NORMAN WOOD KENDRICK
 Case/Party: D-ALM-3-22-CV-000190-001
 Amount:        $402.00
-----------------------------------
CHECK
 Check/Money Order Num: 36921
 Amt Tendered: $402.00
-----------------------------------
Total Due:       $402.00
Total Tendered: $402.00
Change Amt:      $0.00

3:22-cv-00190

J.P. v. Seauel TSI of Alabama, LLC
et al
```